IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAN GOODRICK, | Case No. 1:21-cv-00487-BLW |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| DIRECTOR IDOC JOSH TEWALT, et al., | |
| Defendants. | |

Defendants have notified the Court that Plaintiff Dan Goodrick passed away on February 23, 2023. Dkts. 38-1, 38-2. Defendants have filed a Motion to Dismiss, asserting that Plaintiff's claims have abated. Dkt. 38. The Court agrees with the legal authority and reasoning set forth in the Memorandum supporting the Motion to Dismiss. *Id.*

Even if the federal claims for injunctive relief and supplemental state claims did not abate, Mr. Goodrick's estate has not filed a notice of intention to proceed with his claims or a response opposing dismissal in his stead. Therefore, the case also is subject to dismissal for failure to prosecute.

Accordingly, **IT IS ORDERED** that the Motion to Dismiss (Dkt. 38) is GRANTED, and this entire case is DISMISSED for the grounds set forth therein and, alternatively, for failure to prosecute.

DATED: May 31, 2023

B. Lynn Winmill
U.S. District Court Judge