IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

DAN GOODRICK,

    Plaintiff,

vs.

DIRECTOR IDOC JOSH TEWALT, et al.,

    Defendants.

Case No. 1:21-cv-00487-BLW

**JUDGMENT**

In accordance with the Order of Dismissal entered on this date, **IT IS ORDERED, ADJUDGED, and DECREED** that this entire case is DISMISSED.

Upon entry of Judgment, the Clerk of Court shall close this case.

DATED: May 31, 2023

_____
B. Lynn Winmill
U.S. District Court Judge